UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NORTH CAROLINA  
WESTERN DIVISION

| | |
|---|---|
| MARTIN MARIETTA MATERIALS, INC. )<br>　　　　　Plaintiff, )<br>　)<br>v. )<br>　)<br>ACE AMERICAN INSURANCE )<br>COMPANY, and ACE PROPERTY AND )<br>CASUALTY INSURANCE COMPANY, )<br>　　　　　Defendants ) | **JUDGMENT**<br>No. 5:23-CV-313-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 15, 2025 and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on July 15, 2025, and Copies To:**
Mark Miller / R. Steven DeGeorge / Spencer Thomas Wiles (via CM/ECF Notice of Electronic Filing)
Christopher Wadley / Christopher Hinnant (via CM/ECF Notice of Electronic Filing)

July 15, 2025　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk