

EXHIBIT A

**Martin Marietta Materials, Inc.**           Amount Due on 7/15/2025:     3,681,773.84
Interest Expense Calculation

Interest is to accrue on balance due at 1.5% monthly commencing the day after the due date (May 15, 2023).

| Begin Date | End Date | Outstanding Balance | Monthly Interest | Total Due |
|---|---|---|---|---|
| 5/1/2023 | 5/15/2023 | 2,500,000.00 | | 2,500,000.00 |
| 5/16/2023 | 6/15/2023 | 2,500,000.00 | 37,500.00 | 2,537,500.00 |
| 6/16/2023 | 7/15/2023 | 2,537,500.00 | 38,062.50 | 2,575,562.50 |
| 7/16/2023 | 8/15/2023 | 2,575,562.50 | 38,633.44 | 2,614,195.94 |
| 8/16/2023 | 9/15/2023 | 2,614,195.94 | 39,212.94 | 2,653,408.88 |
| 9/16/2023 | 10/15/2023 | 2,653,408.88 | 39,801.13 | 2,693,210.01 |
| 10/16/2023 | 11/15/2023 | 2,693,210.01 | 40,398.15 | 2,733,608.16 |
| 11/16/2023 | 12/15/2023 | 2,733,608.16 | 41,004.12 | 2,774,612.28 |
| 12/16/2023 | 1/15/2024 | 2,774,612.28 | 41,619.18 | 2,816,231.47 |
| 1/16/2024 | 2/15/2024 | 2,816,231.47 | 42,243.47 | 2,858,474.94 |
| 2/16/2024 | 3/15/2024 | 2,858,474.94 | 42,877.12 | 2,901,352.06 |
| 3/16/2024 | 4/15/2024 | 2,901,352.06 | 43,520.28 | 2,944,872.34 |
| 4/16/2024 | 5/15/2024 | 2,944,872.34 | 44,173.09 | 2,989,045.43 |
| 5/16/2024 | 6/15/2024 | 2,989,045.43 | 44,835.68 | 3,033,881.11 |
| 6/16/2024 | 7/15/2024 | 3,033,881.11 | 45,508.22 | 3,079,389.33 |
| 7/16/2024 | 8/15/2024 | 3,079,389.33 | 46,190.84 | 3,125,580.17 |
| 8/16/2024 | 9/15/2024 | 3,125,580.17 | 46,883.70 | 3,172,463.87 |
| 9/16/2024 | 10/15/2024 | 3,172,463.87 | 47,586.96 | 3,220,050.83 |
| 10/16/2024 | 11/15/2024 | 3,220,050.83 | 48,300.76 | 3,268,351.59 |
| 11/16/2024 | 12/15/2024 | 3,268,351.59 | 49,025.27 | 3,317,376.86 |
| 12/16/2024 | 1/15/2025 | 3,317,376.86 | 49,760.65 | 3,367,137.52 |
| 1/16/2025 | 2/15/2025 | 3,367,137.52 | 50,507.06 | 3,417,644.58 |
| 2/16/2025 | 3/15/2025 | 3,417,644.58 | 51,264.67 | 3,468,909.25 |
| 3/16/2025 | 4/15/2025 | 3,468,909.25 | 52,033.64 | 3,520,942.89 |
| 4/16/2025 | 5/15/2025 | 3,520,942.89 | 52,814.14 | 3,573,757.03 |
| 5/16/2025 | 6/15/2025 | 3,573,757.03 | 53,606.36 | 3,627,363.39 |
| 6/16/2025 | 7/15/2025 | 3,627,363.39 | 54,410.45 | 3,681,773.84 |