# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

WWW.CA4.USCOURTS.GOV

Nwamaka Anowi
Clerk

Telephone
(804) 916-2700

August 13, 2025

Peter A. Moore, Jr., Clerk
United States District Court
Eastern District of North Carolina
Post Office Box 25670
Raleigh, NC 27611

    Re:  **Martin Marietta Materials, Inc. v. Ace American Insurance Company, et al.**
            5:23-cv-00313-FL

Dear Clerk:

Review of the district court docket discloses that the district court is considering a post-judgment motion which, under Fed. R. App. P. 4(a)(4), has the effect of tolling the period in which to file a notice of appeal. A notice of appeal filed after entry of judgment but before disposition of such a motion becomes effective upon entry of an order disposing of the last such motion.

This court will treat the notice of appeal as filed as of the date the district court disposes of such motion and will docket the appeal following disposition of the motion. Please notify this court upon entry of an order disposing of the motion.

If a party wishes to appeal the district court's disposition of the motion, a notice of appeal or amended notice of appeal must be filed within the time prescribed for appeal, measured from entry of the order disposing of the last such motion.

                        Yours truly,

                        */s/ Ashley Brownlee*

cc:    Mark A. Hiller
        R. Steven DeGeorge
        Spencer Thomas Wiles
        Christopher A. Wadley
        Christopher M. Hinnant